# EXHIBIT A

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
01/23/2024
CT Log Number 545596559

## Service of Process Transmittal Summary

**TO:** Viraj Telang
Lyft, Inc.
185 BERRY ST STE 400
SAN FRANCISCO, CA 94107-1725

**RE:** **Process Served in Delaware**

**FOR:** Lyft, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | LYFT PLATFORM USER DOE vs. LYFT, INC. |
| **DOCUMENT(S) SERVED:** | RETURN, WRIT OF SUMMONS, CIVIL-NON-DOMESTIC CASE INFORMATION REPORT, COMPLAINT |
| **COURT/AGENCY:** | Anne Arundel Circuit Court, MD<br>Case # C02CV23002439 |
| **NATURE OF ACTION:** | PRAYER FOR RELIEF |
| **PROCESS SERVED ON:** | The Corporation Trust Company, Wilmington, DE |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 01/23/2024 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | Delaware |
| **APPEARANCE OR ANSWER DUE:** | Within 60 days after service of this summons upon you |
| **ATTORNEY(S)/SENDER(S):** | Lyft Platform User Doe<br>14714 Main Street<br>Upper Marlboro, MD 20772<br>301-979-7427 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/24/2024, Expected Purge Date: 01/29/2024<br><br>Image SOP<br><br>Email Notification, John Pellegrini jpellegrini@lyft.com<br><br>Email Notification, Viraj Telang virajt@lyft.com<br><br>Email Notification, Christopher Youngblood cyoungblood@lyft.com<br><br>Email Notification, Eboni James ebonijames@lyft.com<br><br>Email Notification, Ty Lim legalbilling@lyft.com<br><br>Email Notification, Devin Armstrong devina@lyft.com<br><br>Email Notification, Legal Sop legal-sop@lyft.com<br><br>Email Notification, Zermani Kadiam zkadiam@lyft.com |
| **REGISTERED AGENT CONTACT:** | The Corporation Trust Company |

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
01/23/2024
CT Log Number 545596559

1209 Orange Street
Wilmington, DE 19801
877-564-7529
MajorAccountTeam2@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

POSTAGE REQUIRED

RESTRICTED DELIVERY

CERTIFIED MAIL

RESTRICTED DELIVERY

9589 0710 5270 1561 9408 63

■ E...
■ Dom... ...y)...
■ USPS Tracking® servi... ...itional destinations.
■ Limited international i...
■ When used internatio... ...ed.

*Insurance does not cover certain items. ... see the ... availability and limitations of coverage.

Retail

U.S. POSTAGE PAID
PM
SEVERN, MD 21144
JAN 20, 2024

19801

$0.00

RDC 03

R2305M145908-54

RETURN RECEIPT REQUESTED

# PRIORITY® ★ MAIL ★

UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Deborah Briscoe
1734 Carriage Court
Severn, MD 21144

TO: Registered Agent
The Corporation
Trust Company
1209 Orange Street
Wilmington, DE
19801

## TRACKED ■ INSURED

PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

## SHERIFF'S RETURN
**(please print)**

To: LYFT INC

______________________ ID# ____________ of the ______________________
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served ______________________________
Name of person served

on ______________________ at ______________________
Date of service / Location of service

______________________ by ______________________ with the following:
Manner of service

- ☐ Summons
- ☐ Complaint
- ☐ Motions
- ☐ Petition and Show Cause Order
- ☐ Other ______________________ Please specify
- ☐ Counter-Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Interrogatories

(2) Was unable to serve because:

- ☐ Moved left no forwarding address
- ☐ Address not in jurisdiction
- ☐ No such address
- ☐ Other ______________________ Please specify

Sheriff fee: $ ______________ ☐ waived by ______________

______________ Date ______________________ Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

**CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND**
8 Church Circle
Annapolis, Maryland 21401

Main: 410-222-1397
Civil: 410-222-1431
Criminal: 410-222-1420
Juvenile: 410-222-1427
Trust/Adoption: 410-222-1331
TTY for Deaf: 410-222-1429
Maryland Relay Service: 711

**To:** LYFT INC
THE CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON, DE 19801

**Case Number:** **C-02-CV-23-002439**
**Other Reference Number(s):**
**Child Support Enforcement Number:**

**LYFT PLATFORM USER DOE VS. LYFT INC**

Issue Date: 1/5/2024

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

LYFT PLATFORM USER DOE
1711 Green Meadow Court
SEVERN, MD 21144

This summons is effective for service only if served within 60 days after the date it is issued.

Scott A. Poyer
Clerk of the Circuit Court

TRUE COPY,
TEST: Scott A. Poyer Clerk
By:________________ Deputy

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

IN THE CIRCUIT COURT FOR____________________________ (City or County)

# CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

## DIRECTIONS

***Plaintiff*:** This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

***Defendant*:** You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☐PLAINTIFF ☐DEFENDANT CASE NUMBER____________ (Clerk to insert)

**CASE NAME:**____________ (Plaintiff) vs. ____________ (Defendant)

PARTY'S NAME:____________ PHONE:____________

PARTY'S ADDRESS:____________

PARTY'S E-MAIL:____________

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME:____________ PHONE:____________

PARTY'S ATTORNEY'S ADDRESS:____________

PARTY'S ATTORNEY'S E-MAIL:____________

**JURY DEMAND?** ☐Yes ☐No

**RELATED CASE PENDING?** ☐Yes ☐No If yes, Case #(s), if known:____________

**ANTICIPATED LENGTH OF TRIAL?:** ____hours ____days

## PLEADING TYPE

**New Case:** ☐Original ☐Administrative Appeal ☐Appeal

**Existing Case:** ☐Post-Judgment ☐Amendment

***If filing in an existing case***, skip Case Category/ Subcategory section - go to Relief section.

## IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt:________
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud
- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance
- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

| | | | |
|---|---|---|---|
| ❒ Abatement | ❒ Earnings Withholding | ❒ Judgment-Interest | ❒ Return of Property |
| ❒ Administrative Action | ❒ Enrollment | ❒ Judgment-Summary | ❒ Sale of Property |
| ❒ Appointment of Receiver | ❒ Expungement | ❒ Liability | ❒ Specific Performance |
| ❒ Arbitration | ❒ Findings of Fact | ❒ Oral Examination | ❒ Writ-Error Coram Nobis |
| ❒ Asset Determination | ❒ Foreclosure | ❒ Order | ❒ Writ-Execution |
| ❒ Attachment b/f Judgment | ❒ Injunction | ❒ Ownership of Property | ❒ Writ-Garnish Property |
| ❒ Cease & Desist Order | ❒ Judgment-Affidavit | ❒ Partition of Property | ❒ Writ-Garnish Wages |
| ❒ Condemn Bldg | ❒ Judgment-Attorney Fees | ❒ Peace Order | ❒ Writ-Habeas Corpus |
| ❒ Contempt | ❒ Judgment-Confessed | ❒ Possession | ❒ Writ-Mandamus |
| ❒ Court Costs/Fees | ❒ Judgment-Consent | ❒ Production of Records | ❒ Writ-Possession |
| ❒ Damages-Compensatory | ❒ Judgment-Declaratory | ❒ Quarantine/Isolation Order | |
| ❒ Damages-Punitive | ❒ Judgment-Default | ❒ Reinstatement of Employment | |

*If you indicated **Liability** above*, mark one of the following. This information is not an admission and may not be used for any purpose other than Track Assignment.

❒ Liability is conceded. ❒ Liability is not conceded, but is not seriously in dispute. ❒ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

❒ Under $10,000 ❒ $10,000 - $30,000 ❒ $30,000 - $100,000 ❒ Over $100,000

❒ Medical Bills $__________ ❒ Wage Loss $__________ ❒ Property Damages $__________

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

| | | | | | |
|---|---|---|---|---|---|
| A. Mediation | ❒ Yes | ❒ No | C. Settlement Conference | ❒ Yes | ❒ No |
| B. Arbitration | ❒ Yes | ❒ No | D. Neutral Evaluation | ❒ Yes | ❒ No |

## SPECIAL REQUIREMENTS

❒ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

❒ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.*

***(Case will be tracked accordingly)***

❒ 1/2 day of trial or less
❒ 1 day of trial time
❒ 2 days of trial time
❒ 3 days of trial time
❒ More than 3 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

***For all jurisdictions**, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

❒ **Expedited**- Trial within 7 months of Defendant's response

❒ **Standard** - Trial within 18 months of Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

***IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.***

## CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff ________________. |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

## CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

________________________ Date

________________________ Signature of Counsel / Party

________________________ Address

________________________ Printed Name

________________ City ______ State ________ Zip Code

**IN THE CIRCUIT COURT FOR THE STATE OF MARYLAND
FOR ANNE ARUNDEL COUNTY**

---------------------------------------------------------------X

LYFT PLATFORM USER DOE

Plaintiff

CIVIL CASE NO C-02-CV-23-002439

Vs.

LYFT, INC.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Defendants

---------------------------------------------------------------X

**COMPLAINT**

**JURY TRIAL DEMAND**

2023 NOV 27 P 4:05

Comes Now, Lyft Platform User Doe, the Plaintiff in the above captioned case appearing pro se and hereby alleges as and for her complaint against Lyft, Inc. and hereby states as follows:

## PRELIMINARY STATEMENT

1. Defendant, Lyft, Inc., known as Lyft, is an American corporation that uses a distant platform for mobility services driven by Riders and Drivers.

2. Founded in 2012 as Zimride, the company changed its name to Lyft the following year and in 2014 introduced shared transport.

3. In 2019, the company became public during an initial public offering. The current CEO is David Risher.

4. Plaintiff, Lyft User Platform Doe was a driver for Lyft.

5. Passenger is an unknown passenger utilizing the Lyft platform who Plaintiff picked up as dispatched by Lyft and who did thereafter sexually assault Plaintiff.

## JURISDICTION AND VENUE

6. This court has jurisdiction pursuant to Maryland Annotated Code, §6-103, as this action asserts violations of §3-303, et seq.

7. Pursuant to §6-103, venue is proper in this Court because a substantial part of the events or omissions giving rise to this action, including the unlawful practices and intentional and negligent tortious conduct alleged herein, occurred in the State of Maryland, Anne Arundel County.

8. The events alleged herein all took place within the State of Maryland, Anne Arundel County.

## PARTIES

9. Plaintiff, Lyft Platform User Doe is a resident of the State of Maryland, Anne Arundel County and did reside in said county uninterrupted from December 2015 through the present.

10. Plaintiff was a Driver for Lyft, Inc., relying on the company to provide passengers whom they selected.

11. Defendant Lyft, Inc., is a Delaware Corporation with a principal place of business located in San Francisco, California and operating all across the United States including in the State of Maryland where it regularly transacts business and where the events alleged herein occurred.

## FACTUAL ALLEGATIONS

### I. Driver Lyft Platform User Doe picked up passenger assigned by Defendant through the Lyft app.

12. Plaintiff restates and realleges each and every allegation in all of the proceeding paragraphs as if fully set forth herein.

13. Approaching noon on November 27, 2020, Plaintiff picked up passenger near a small strip of stores/businesses near Reece Road in Severn, MD.

14. Passenger appeared seemingly out of nowhere as Plaintiff did not see him come from any of the stores/businesses.

15. Plaintiff asked Passenger to confirm his name based on the name she provided and in accordance with Lyft policies. Thereafter, she proceeded on what appeared to be a short trip.

16. Almost immediately upon entering the vehicle Passenger began speaking to Plaintiff in a sexual manner making her very uncomfortable. Occasionally Plaintiff looked in the rearview mirror for her safety and noticed that the passenger appeared very young.

17. Passenger stated that he was 20 years old, but offered that he was far more sexually advanced than his age. Plaintiff did not respond.

18. Driver did not initiate or encourage any conversation.

II. **As Driver approached the drop off location, Passenger forced her to keep driving**

19. Plaintiff restates and realleges each and every allegation in all of the proceeding paragraphs as if fully set forth herein.

20. As Plaintiff was arriving to the location according to the app, passenger forced her to keep going.

21. Passenger then forced Plaintiff to drive behind the building to a secluded location that was not visible to those in the immediate area and difficult to see for those on the street.

22. Passenger thereafter engaged in battery, sexual battery and sexual assault against, Plaintiff forcing her to engage in sexual acts without her permission or consent.

23. As passenger exited the vehicle, passenger told Plaintiff she better not tell anyone.

24. Plaintiff having had a longstanding relationship therapeutic relationship with her therapist, which she was on the verge of terminating, contacted her therapist to inform her of the sexual assault and abuse she suffered.

25. Plaintiff remains in treatment at this time.

**FIRST CAUSE OF ACTION**
**Battery, Sexual Battery and Sexual Assault**

26. Plaintiff restates and realleges each and every allegation in all of the proceeding paragraphs as if fully set forth herein.

27. In performing the conduct described above, passenger committed a battery against Plaintiff because he intentionally engaged in unlawful, intentional and offensive touching or application of force to Plaintiff's person. Defendant's actions amount to violence under Maryland Law 3-203 and the common law of Maryland

28. In performing the conduct described above, Defendant committed a sexual assault against Plaintiff because he forced her to engage in sexual acts without her permission or consent in violation of Maryland Penal Law §3-303.

29. As a result of passenger's alleged conduct, Plaintiff has suffered physical injury, severe emotional distress, humiliation, embarrassment, anxiety, economic harm and other consequential damages.

30. The conduct of Passenger described above as willful, wanton and malicious. At all relevant times, Passenger acted with conscious disregard of Plaintiff's rights and feelings, acted with the knowledge of or with reckless disregard for the fact that his conduct was certain to cause injury and/or humiliation to Plaintiff, and intended to cause fear, physical injury, and/or

pain and suffering to Plaintiff. By virtue of the foregoing, Plaintiff is entitled to recover punitive and exemplary damages from Defendant according to proof at trial.

31. This action is timely because it is brought within the three-year Statute of Limitations.

32. The claims brought herein allege intentional and negligent acts and/or omissions for physical, psychological, and other injury suffered as a result of conduct that would constitute sexual offenses as defined in Maryland Criminal Law §3-303 and such acts and/or omissions were committed against Plaintiff.

## SECOND CAUSE OF ACTION
## Sexual Assault and Battery/Failure to Protect or Warn Plaintiff

33. Plaintiff repeats and re-alleges each and every allegation in all of the preceding paragraphs as if fully set forth herein.

34. Passenger intended to and did cause harmful and sexually offensive contact with Plaintiff's person and placed her in imminent apprehension of such contact.

35. Defendant had the ability and responsibility to protect Plaintiff and fell below that duty as they directly produced Passenger via their app who did sexually assault and Plaintiff. Furthermore, Defendant limit contact information their platform or failed to respond such that Plaintiff was denied the opportunity to possibly warn and protect future drivers.

36. Defendant in similar cases had attempted to limit their accountability by implementing the term Independent Contractors, but Plaintiff vehemently opposes that stance.

37. The Defendant acts as a de facto employer as they control virtually all elements of the work: By example: a) they solely own and control the app and platform; b) they determine the work of drivers; c) they control where the work takes place; d) they control and determine the customers; e) they control, own and withhold customers' information solely as all such

information is solely within their domain including: full names, criminal backgrounds, relevant history of passengers, and f) Defendant sets the financial arrangement without any input or negotiation by drivers. Thus Defendants are the only one in a position to truly provide protection for Plaintiff and they failed to do so.

38. The Lyft platform is inherently dangerous from our first lessons "not to confer with strangers" and the work environment collectively exposes all users of the platform to both foreseeable and unforeseeable harm as we become temporarily trapped in a confined space at the mercy and control of people (passengers in this instance) who may pose an imminent threat, carry weapons or illicit items, take us to locations involving illegal or harmful activities and harbor nefarious intent.

39. Defendant also intentionally withholds relevant information from drivers including: preventing drivers from having the ability to see or know the identity of passengers or where they are going until they reach the pick-up location. In this case, Plaintiff was unknowingly driving into an ambush that would forever change her life.

40. Defendant also shields information from drivers such that a driver could never be certain if that is the full identity of passengers or even the real identity of passengers.

41. Defendant further allows people to obtain rides for passengers other than themselves and similarly allows passengers to use disposable debit cards purchased at stores with no or limited ability to track the passenger's identity.

42. Throughout, Defendants remain distant and safe from harm's way while benefiting from this situation miles away.

43. Defendant has a responsibility to provide a safe environment for drivers and passengers alike. Defendant, however, intentionally or negligently disregards the safety of drivers and puts them at severe risk of injury or harm and without sharing any of the burden just the benefit.

44. Defendant also does not share information about the true dangers of the platform and drivers and passengers alike only learn from other users of the platform or by trial and error.

45. Additionally, Defendant did not even provide a working customer service number for drivers such that they could contact Defendant for any guidance or support. Instead, drivers could only text Defendant and frequently the responses did not even sound as if they were from a real person.

46. Further, when responses were received, they fully put the entire onus on Plaintiff and completely deflected.

47. As a direct and proximate result of passenger's unlawful conduct as alleged hereinabove, and Defendant's aiding, abetting and protecting passenger while failing to protect, warn or provide adequate support for Plaintiff, Plaintiff has suffered physical injury, severe emotional distress and anxiety, humiliation, embarrassment, post-traumatic stress disorder, economic harm and other consequential damages.

**THIRD CAUSE OF ACTION**
**Violation of the Victims of Gender-Motivated Violence Act ("VGMVPL") Against Defendant**

48. Plaintiff repeats and realleges each and every allegation in all of the preceding paragraphs as if fully set forth herein.

49. The above-described conduct of passenger, including, but not limited to, Passenger's sexual assaults of Plaintiff in Anne Arundel County constitutes a "crime of violence" and a

"crime of violence motivated by gender" against Plaintiff as defined by the Maryland VGMVPL. ("The term 'crime of violence' means an act or series of acts that would constitute a misdemeanor or felony against the person as defined in state or federal law or that would constitute a misdemeanor or felony against property as defined in state or federal law if the conduct presents a serious risk of physical injury to another, whether or not those acts have actually resulted in criminal charges, prosecution, or conviction," and "The term 'crime of violence motivated by gender' means a crime of violence committed because of gender or on the basis of gender, and due, at least in part, to an animus based on the victim's gender.").

50. enabled Passenger's commission of the crime of violence motivated by gender, while blind-siding Plaintiff and is therefore also liable under the VGMVPL.

51. As a direct and proximate result of the aforementioned crime of violence and gender-motivated violence, Plaintiff has sustained and will continue to sustain, monetary damages, physical injury, pain and suffering, and serious psychological and emotional distress, entitling her to an award of compensatory and punitive damages, injunctive and declaratory relief and costs, and other remedies as this Court may deem appropriate damages.

52. Pursuant to the Maryland Statute of Limitations, this cause of action is timely as it is commenced within "Three years after November 27, 2020."

## FOURTH CAUSE OF ACTION
## Sexual Harassment, Gender Discrimination and Hostile Work Environment

53. Plaintiff repeats and realleges each and every allegation in all of the preceding paragraphs as if fully set forth herein.

54. Defendant discriminated against Plaintiff on the basis of her gender in violation of Maryland law by subjecting Plaintiff to disparate treatment based upon her gender, including, but

not limited to, subjecting her to sexual assault and/or harassment, rape and a hostile work environment.

55. As a direct and proximate result of Defendants' unlawful discriminatory conduct in violation of Maryland Law, Plaintiff has suffered, and continues to suffer, monetary and/or economic harm for which she is entitled to an award of monetary damages and other relief.

56. As a direct and proximate result of Defendants' unlawful discriminatory conduct in violation of the Maryland Law, Plaintiff has suffered, and continues to suffer, severe mental anguish and emotional distress for which she is entitled to an award of monetary damages and other relief.

57. Defendants' unlawful and discriminatory actions were intentional, done with malice and/or showed a deliberate, willful, wanton and reckless indifference to Plaintiff's rights under Maryland Law for which Plaintiff is entitled to an award of punitive damages.

58. This action is timely because it falls within the Maryland Statute of Limitations and is brought within three years of the date of the alleged assault on November 27, 20202.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays judgment be entered in her favor against Defendant, as follows:

1. For a money judgment representing compensatory damages including consequential damages, lost wages, future earnings, and all other sums of money, together with interest on these amounts, in the amount to Three Hundred Thousand Dollars ($300,000.000 USD) and

2. For a money judgment in the amount of Five Million Dollars ($5,000,000 USD) for mental pain and anguish and severe emotional distress; and

3. For punitive and exemplary damages in the amount of Five Million Dollars ($500,000.00 USD);

4. For prejudgment and post-judgment interest; and

5. For the implementation of safety measures to protect riders and drivers in the future; and

6. For the implementation of warnings in order that drivers and riders may make an informed decision about their safety prior to using the platform; and

7. For such other and further relief as the Court may deem just and proper.

Dated: November 24, 2023
Anne Arundel County Maryland

Respectfully Submitted,

BY:______________________

Lyft Platform User Doe
14714 Main Street
Upper Marlboro, MD 20772
(301) 979-7427

I have carefully read this statement and hereby swear or affirm that it is true and accurate to the best of my knowledge.

BY:______________________

Lyft Platform User Doe
14714 Main Street
Upper Marlboro, MD 20772

TEST: Sc... Foyer, Clerk
By:______________________Deputy